# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Reynaldo Gonzalez

                    **V.**                    **JUDGMENT IN A CIVIL CASE**

EJ Mortgage, Inc., et al.,

                            **CASE NUMBER:**    09CV2812-BTM-RBB

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Dismisses Plaintiff's Complaint without Prejudice.

| October 24, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON October 24, 2011 |