# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Reynaldo Gonzalez

V.

EJ Mortgage, Inc; Southstar Funding, LLC; EMC Mortgage Corporation; Chase Home Mortgage; Quality Loan Service Corporation; Citibank N.A.;Chase Home Finance, LLC; Does 1 through 20

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09CV2812-BTM-RBB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court Dismisses Plaintiff's Complaint without Prejudice.

October 27, 2011                             W. Samuel Hamrick, Jr.
Date                                         Clerk

                                             s/ E Silvas
                                             (By) Deputy Clerk
                                             ENTERED ON October 27, 2011

09CV2812-BTM-RBB